## REQUIRED STATEMENT TO ACCOMPANY
## ALL MOTIONS TO MODIFY STAY

All Cases:  Debtor(s) _____  Case No. _____ Chapter ____

All Cases:  Moving Creditor  See attached Exhibit "A"  _____  Date Case Filed 12/28/06

Chapter 7: _____ No-Asset Report Filed on _____
_____ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  Home  _____
    b.  Car  _____  Year, Make and Model _____
    c.  Other  _____

2.  Balance Owed as of Petition Date $ _____

3.  Estimated Value of Collateral (must be supplied if motion alleges no equity) $ _____

4.  Default
    a.  Pre-Petition Default
        Number of months _____  Amount $ _____

    b.  Post-Petition Default
        i.  On direct payments to the moving creditor
            Number of months _____  Amount $ _____

        ii.  On payments to the Standing Chapter 13 Trustee
            Number of months _____  Amount $ _____

5.  Other Allegations
    a.  Lack of Adequate Protection § 362(d)(1)
        i.  No insurance  _____
        ii.  Taxes unpaid  _____  Amount $ _____
        iii.  Rapidly depreciating asset  _____
        iv.  Other _____

    b.  No Equity and not Necessary for an Effective Reorganization § 362(d)(2) _____

    c.  Other "Cause" § 362(d)(1) _____
        i.  Bad Faith _____
        ii.  Multiple filings _____

Date: _____  _____
                                Counsel for Movant

Revised 7/29/04

## EXHIBIT "A"

Ann Marie Slater, as Independent Administrator of the Estate of James Slater

Wheeler E. Chapman III, as Independent Administrator of the Estate of Sara Chapman

Stanislaw Zajac, as Independent Administrator of the Estate of Teresa Zajac

Winifred McDonald, as Independent Administrator of the Estate of Maureen McDonald

Christine Konopka

Luis Hernandez

Yvette Hernandez

Lori Eyman

Joshua Eyman

Randall Roberts

Margaret Roberts

Leslie Page-Piper

Vernita Gray

Sherryl Fox

Edward Fox

Sarah Zavala- Belsis

McNair Grant, as Administrator of the Estate of Janet Johnson

Mary Russell Gardner

Jody Schneiderman

Meribeth Mermall

Margaret D. Salvadori