**FILED**
**MAY 26 2010**
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 06 B 17219
UBM, INC. )
)
)
) Chapter 7
)
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C., ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $110,294.00 | TOTAL COSTS REQUESTED: | $2,978.16 |
| TOTAL FEES REDUCED: | $3,725.00 | TOTAL COSTS REDUCED: | $147.48 |
| TOTAL FEES ALLOWED: | $106,569.00 | TOTAL COSTS ALLOWED: | $2,830.68 |

**TOTAL FEES AND COSTS ALLOWED: $109,399.68**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) **Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

(2) **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

(3) **Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

1

**(4) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

**(5) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman,* 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(6) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: May 26, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL  60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/06/08 | CEM | Telephone conference with Harris attorneys regarding affidavits, deadlines, fee and Kevin Brown lien. | 0.30 |
| 03/07/08 | CEM | Reviewed laborer's fund's objection to Harris Bank's secured claim. | 0.30 |
| 03/07/08 | CEM | Telephone conference with L. Dixon regarding affidavit. | 0.30 |
| 03/07/08 | CEM | Telephone conference with and e-mails with Harris attorney regarding pleadings and deadlines. | 0.30 |
| 03/07/08 | CEM | Reviewed Harris Bank's objection to Kevin Brown's lien and subcontractors' claim. | 0.90 |
| 03/07/08 | CEM | Prepared pleadings for trustee to adopt Harris objection. | 0.50 |
| 03/07/08 | MLG | Filing in Chancery Court | 0.60 |
| 03/10/08 | CEM | Telephone conference with client regarding affidavit for IRS litigation. | 0.30 |
| 03/10/08 | CEM | Reviewed PBC's pleadings regarding various Summary Judgment motions. | 0.90 |
| 03/10/08 | CEM | Telephone conference with Harris attorneys regarding IRS litigation and bankruptcy payments. | 0.20 |
| 03/10/08 | CEM | Revised old motion to turnover to bank and pay administrative claims. | 0.50 |
| 03/10/08 | NBN | Further review of PBC's response to Trustee's motion to pay delay claim and meet with C. McManus regarding same. | 0.40 |
| 03/13/08 | CEM | Reviewed summary judgment responses filed by U.S. Fire. | 0.50 |
| 03/13/08 | CEM | E-mails with Harris attorney regarding upcoming deadlines and subcontractor claims. | 0.10 |
| 03/13/08 | CEM | Revised motion to pay bank, L. Dixon and advance on fees. | 0.20 |
| 03/13/08 | NBN | Review motion for authority to turn over collateral to secured creditor. | 0.30 |
| 03/14/08 | CEM | Reviewed order and e-mails regarding funds in fire station case. | 0.40 |

-110                                                                                                            (3)

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/01/08 | CEM | E-mails with Harris attorney regarding documents for claim versus PBC. | 0.10 |
| 07/07/08 | CEM | Reviewed Abbott's supplemental filing in support of summary judgment. | 0.40 |
| 07/08/08 | CEM | Reviewed supplemental pleadings from mechanic's lien claimant. | 0.40 |
| 07/09/08 | CEM | Reviewed Cable's application for interest on lien claim. | 0.50 |
| 07/10/08 | CEM | Reviewed Harris Bank pleadings versus Laborer's Fund. | 0.80 |
| 07/10/08 | CEM | Reviewed another petition for interest on lien claim. | 0.40 |
| 07/11/08 | CEM | E-mails with Harris attorney regarding response to lien claimants' request for interest. | 0.20 |
| 07/14/08 | CEM | Reviewed US Fire's petition for interest on claim. | 0.50 |
| 07/14/08 | CEM | Telephone conference with trustee regarding fee application. | 0.10 |
| 07/14/08 | NBN | Telephone conference with A. Knopfler regarding 8/28/08 hearing and remaining claims to funds on deposit. | 0.20 |
| 07/15/08 | CEM | Reviewed US Fire's supplement to petition for interest on claim. | 0.30 |
| 07/17/08 | CEM | E-mails with Harris counsel regarding interest on lien claims. | 0.10 |
| 07/18/08 | CEM | Reviewed client's statement of time and fees. | 0.50 |
| 07/21/08 | CEM | Reviewed another petition for interest on lien claim. | 0.30 |
| 07/24/08 | CEM | Telephone conference with Trustee regarding fee application. | 0.10 |
| 07/24/08 | CEM | Telephone conference with mechanic's lien claimant regarding intent on claims. | 0.30 |
| 07/25/08 | CEM | Telephone conference with creditor regarding status. | 0.10 |
| 07/29/08 | CEM | Telephone conference with creditor regarding client's fee application. | 0.10 |
| 08/04/08 | CEM | Reviewed another petition for interest on mechanic's lien claim. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/07/08 | CEM | Reviewed e-mail updates regarding fire station project. | 0.10 |
| 08/08/08 | CEM | Telephone conference with surety's attorney regarding status of fire station project. | 0.30 |
| 08/08/08 | CEM | E-mails with client and conference with N. Newman regarding fire station project. | 0.10 |
| 08/08/08 | NBN | Review correspondences from T. Richter regarding funds remaining from fire station project. | 0.30 |
| 08/11/08 | CEM | Reviewed late petition for interest and order from court on other interest claims. | 0.40 |
| 08/12/08 | CEM | Prepared objection to Abbott's petition for interest. | 0.40 |
| 08/12/08 | CEM | Telephone conference with contractor regarding status of cases. | 0.20 |
| 08/13/08 | CEM | E-mails with bank's attorney regarding various issues. | 0.10 |
| 08/14/08 | CEM | Reviewed Cable's motion to disburse funds for interest on claims. | 0.30 |
| 08/14/08 | CEM | Brief review of support for claim versus PBC sent back from Harris. | 0.50 |
| 08/14/08 | NBN | Review delay claim and PBC response and offer (.80); telephone call with L. Schad regarding possible employment to handle delay claim vs. PBC (.30). | 1.10 |
| 08/15/08 | CEM | E-mails with Harris attorney regarding Cable's petition for interest. | 0.10 |
| 08/15/08 | CEM | Reviewed Cable's amended motion for interest on claim. | 0.30 |
| 08/18/08 | CEM | Reviewed Abbott's response in support of untimely petition for interest. | 0.30 |
| 08/18/08 | CEM | Prepared objection to Cable's petition for interest. | 0.40 |
| 08/19/08 | CEM | Attended hearing on motion to pay trustee. | 0.40 |
| 08/19/08 | CEM | Conference with creditor regarding status of cases. | 0.10 |

-40                                                                                                                         (1)

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ≡ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/11/08 | CEM | Reviewed Cable's and Laborers Funds and bank's new filing. | 0.90 |
| 09/12/08 | CEM | Reviewed new pleadings from McKele. | 0.40 |
| 09/15/08 | CEM | Telephone conference with subcontractor regarding claim for interest. | 0.20 |
| 09/18/08 | CEM | Reviewed recent orders regarding mechanics lien litigation. | 0.50 |
| 09/18/08 | CEM | Reviewed supplemental filing regarding McKele's claim. | 0.20 |
| 09/19/08 | CEM | Reviewed PBC's new motion and reply to our and bank's objection. | 0.80 |
| 09/22/08 | CEM | Telephone conference with creditor regarding PBC's motions. | 0.30 |
| 09/22/08 | TAM | Conference with C. McManus regarding court status; review email regarding same. | 0.30 |
| 09/23/08 | CEM | E-mails, conferences with N. Newman regarding claims against PBC and its new motion. | 0.30 |
| 09/23/08 | CEM | Began outline of response to PBC's new motion. | 0.90 |
| 09/23/08 | TAM | Court appearance on status (judge 35 minutes late for call). | 1.30 |
| 09/23/08 | NBN | Correspondences with D. Audley regarding J. Meacham retirement (.20); correspondences with L. Schad regarding meeting on 10/3/08 (.20); review PBC motion to clarify 8/28/08 order (.40). | 0.80 |
| 09/24/08 | CEM | Reviewed petition for interest from mechanic's lien holder. | 0.20 |
| 09/24/08 | NBN | Review draft of complaint vs. PBC. | 0.40 |
| 09/25/08 | CEM | Reviewed previous pleadings regarding UBM's claims. | 0.80 |
| 09/26/08 | TAM | Research regarding dismissal for want of prosecution as referenced in PBC motion. | 1.00 |
| 09/26/08 | NBN | Review administrative claim documents regarding action vs. PBC. | 0.80 |
| 09/30/08 | CEM | Reviewed bank's response to laborer's fund. | 0.40 |

handwritten annotations: -280; .5; (4)

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: 04/15/2010

Matter Number: 0006236.0001
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/24/08 | CEM | Reviewed recent orders entered in state court. | 0.30 |
| 10/24/08 | CEM | Brief conference with N. Newman and e-mails with potential special counsel. | 0.10 |
| 10/27/08 | CEM | Prepared for tomorrow's hearing by reviewing various pleadings. | 0.80 |
| 10/28/08 | CEM | Attended hearing on various state court matters. | 0.70 |
| 10/28/08 | CEM | E-mails with N. Newman regarding today's hearing. | 0.10 |
| 10/28/08 | TAM | Court appearance on status. | ~~1.30~~ .5 (4) |
| 10/29/08 | JD | C. McManus regarding motion for default filed by PBC and strategy | 0.20 |
| 10/29/08 | CEM | Telephone conference with creditor regarding yesterday's hearing. | 0.10 |
| 10/29/08 | CEM | Began draft of order on PBC's motion. | 0.30 |
| 10/29/08 | CEM | Review of PBC's new letter and draft motion for default. | 0.80 |
| 10/29/08 | NBN | Review PBC Motion to Default the Trustee and discuss with C. McManus. | 0.40 |
| 10/30/08 | CEM | Telephone conference with asset finder re: unclaimed asset of debtor. | 0.20 |
| 10/30/08 | CEM | Telephone conference with client re: various updates. | 0.10 |
| 10/30/08 | CEM | Reviewed correspondence re: unclaimed asset of debtor. | 0.20 |
| 10/31/08 | JD | C. McManus regarding strategy in dealing with pending motion and counterclaim issues | 0.20 |
| 10/31/08 | CEM | Conference with Newman regarding various issues in litigation. | 0.20 |
| 10/31/08 | CEM | Teleconference with Richter regarding interpleader complaint. | 0.10 |
| 10/31/08 | CEM | Reviewed bank's brief versus McKele. | 0.30 |
| 10/31/08 | NBN | Discussion with C. McManus and J. Dash regarding dealing with PBC motion for default. | 0.40 |

(handwritten annotation: -280 near 10/28/08 TAM row)

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/06/08 | CEM | Telephone conference with subcontractor regarding recent filings in state and bankruptcy court. | 0.20 |
| 11/07/08 | J D | Revise and edit draft answer to PBC interpleader counterclaim; C. McManus regarding state court motion to dismiss | 1.20 |
| 11/07/08 | CEM | Reviewed J. Dash's comments to answer to interpleader complaint. | 0.20 |
| 11/07/08 | CEM | Conference with J. Dash regarding dismissal of UBM's interpleader complaint. | 0.20 |
| 11/07/08 | CEM | Begin draft motion to dismiss PBC's complaint. | 0.40 |
| 11/07/08 | CEM | Reviewed case cited by PBC in complaint. | 0.30 |
| 11/09/08 | CEM | Revised motion to dismiss portion of PBC's interpleader complaint. | 0.70 |
| 11/10/08 | J D | Review and revise draft motion to dismiss portion of PBC's complaint; Email correspondence with C. McManus regarding 11/12 hearing in state court; Review motion of PBC regarding staying disbursement | 0.70 |
| 11/10/08 | CEM | Reviewed PBC's motion to suspend turnover of funds. | 0.40 |
| 11/10/08 | CEM | Conference with N. Newman regarding state court filings. | 0.10 |
| 11/10/08 | CEM | Revised motion to dismiss in preparation for filing. | 0.40 |
| 11/10/08 | NBN | Review motion to dismiss PBC complaint (.30); telephone call with L. Schad regarding claim vs. PBC (.20). | 0.50 |
| 11/11/08 | CEM | Prepare for two hearings tomorrow. | 0.90 |
| 11/11/08 | CEM | Telephone conference with insurance company regarding status. | 0.20 |
| 11/11/08 | CEM | Telephone conference with N. Newman regarding tomorrow's hearings. | 0.10 |
| 11/12/08 | J D | Prepare for and attend court hearing on several motions, resulting in order directing payment to trustee; Negotiations with PBC counsel T. Richter regarding terms of orders; Complete review of orders and present to court clerk for payment; N. Newman regarding orders and effect | 3.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

**QUESTIONS?**
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/12/08 | CEM | Attended state court hearing. | 2.40 ~~ 1.0~~ (4.6) |
| 11/12/08 | CEM | Attended bankruptcy court hearing on motion to enforce stay and hire finder. | 0.60 |
| 11/12/08 | CEM | Reviewed transcript of chancery court hearing we missed. | 0.50 |
| 11/12/08 | NBN | To bankruptcy court for motion to enforce stay vs. PBC (.90); to state court for motion to turnover residual fund and other pending matters (1.5); review orders entered in Chancery court (.60). | 3.00 |
| 11/13/08 | CEM | Reviewed PBC's response to stay and reviewed final state court orders. | 0.40 |
| 11/13/08 | CEM | Reviewed Audley's e-mail regarding funds and conference with N. Newman regarding same. | 0.20 |
| 11/13/08 | CEM | E-mails with asset finder regarding court approval to begin work. | 0.10 |
| 11/13/08 | NBN | Correspondences with D. Audley regarding distribution of proceeds to be received from Clerk of the Circuit Court and resolving remaining claims vs. PBC. | 0.60 |
| 11/14/08 | CEM | Conference with N. Newman regarding settlement/strategy. | 0.10 |
| 11/14/08 | NBN | Two telephone calls with T. Richter regarding possible settlement of remaining PBC issues (.40); Telephone conference with L. Schad regarding handling case vs. PBC (.20). | 0.60 |
| 11/17/08 | CEM | Drafted motion for turnover in fire station case. | 0.70 |
| 11/17/08 | CEM | Conferences with N. Newman regarding status of litigation and bankruptcy. | 0.10 |
| 11/17/08 | NBN | Telephone conference with A. Knopfler regarding turn over of funds by Chancery Court Clerk. | 0.20 |
| 11/19/08 | CEM | Attended hearing on abstention. | 0.60 |
| 11/19/08 | CEM | Reviewed PBC's renewed motion to abstain. | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

Document      Page 10 of 12

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0010**
07 - Fee Related Matters

Billing Attorney: **Norman B. Newman**

## FEES THROUGH MARCH 5, 2010

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/06/08 | CEM | Telephone conference with L. Dixon regarding affidavit and fees. | 0.20 |
| 03/06/08 | CEM | Telephone conference with trustee regarding affidavits deadlines and fees. | 0.20 |
| 04/16/08 | CEM | Began review of billing sheets in preparation for fee application. | 0.40 |
| 04/18/08 | CEM | Finalized fee application. | 0.30 |
| 04/18/08 | NBN | Review and revise interim fee application. | 1.50 |
| 04/24/08 | CEM | Telephone conference with Brown regarding compensation for L. Dixon. | 0.20 |
| 04/25/08 | NBN | Telephone conference with three creditors regarding interim fee application notice. | 0.50 |
| 05/19/08 | CEM | E-mails with Harris regarding payment applications. | 0.10 |
| 05/19/08 | CEM | Telephone conference with creditor regarding hearing on fees. | 0.10 |
| 05/21/08 | CEM | Attended hearing on fee application. | 0.50 |
| 05/21/08 | CEM | Telephone conference with Audley regarding status of various litigation and fees. | 0.20 |
| 05/22/08 | NBN | Discussion with A. Knopfler regarding fees allowed and amount to be paid per Harris Bank's attorney. | 0.20 |
| 07/22/08 | CEM | Began work on application for Trustee's compensation. | 0.40 |
| 07/23/08 | CEM | Finished application for Trustee's compensation. | 0.70 |
| 07/23/08 | NBN | Review and revise application of Trustee for interim compensation. | 0.30 |
| 10/02/08 | CEM | Telephone conference with attorney Brown regarding L. Dixon's compensation and yesterday's hearing. | 0.20 |

*(handwritten annotations in margin: -160, -277, -160, with brace and ①)*

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0010**
07 - Fee Related Matters

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/02/08 | CEM | Reviewed L. Dixon's application for compensation. | 0.30 |
| 10/02/08 | NBN | Review motion of Lynn Dixon for allowance of administrative expense claim. | 0.20 |
| 10/08/08 | CEM | Telephone conference with Brown regarding Dixon's application. | 0.10 |
| 10/21/08 | CEM | Telephone conference with Brown regarding Lynn Dixon's compensation; e-mail to same regarding same. | 0.10 |
| 10/21/08 | CEM | Reviewed court order and Brown's e-mail regarding L. Dixon; wrote to client regarding same. | 0.10 |
| 10/30/08 | CEM | E-mails with Brown re: Dixon's claim. | 0.10 |
| 10/31/08 | CEM | More e-mails with Brown regarding Dixon's claim. | 0.10 |
| 12/16/08 | NBN | Review services rendered in 2008 regarding interim trustee fee application. | 0.50 |
| 12/17/08 | NBN | Letter to A. Knopfler regarding services rendered in 2008. | 0.20 |
| 01/29/09 | CEM | Telephone conference with client regarding fee application. | 0.10 |
| 01/30/09 | CEM | Worked on trustee's fee application. | 0.80 |
| 01/30/09 | NBN | Discussion with A. Knopfler regarding interim trustee fee application (.30); review and revise interim fee application (.40). | 0.60 |
| 02/02/09 | CEM | Finalized client's fee application for filing. | 0.10 |
| 02/23/09 | CEM | Telephone conference with Trustee regarding hearing on fee application. | 0.10 |
| 02/24/09 | CEM | Telephone conference with client regarding tomorrow's hearing on fees. | 0.10 |
| 02/24/09 | CEM | Reviewed fee application in preparation for tomorrow's hearing. | 0.20 |
| 02/25/09 | CEM | Attended hearing on client's fee petition. | 0.20 |
| 01/15/10 | NBN | Review statement of services for second interim fee application. | 0.70 |
| 03/04/10 | NBN | Prepare second interim fee application. | 1.40 |

Handwritten annotations in left margin (next to rows from 12/16/08 through 02/25/09): -270, -105, -40, -315, -320, -40, -40, -40, -80, -80, with a large brace and "(1)" to the right.

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■ www.muchshelist.com

thinking business, practicing law.

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

UBM, Inc.
c/o Alexander Knopfler
225 N. Michgan Ave.
Suite 1100
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **04/15/2010**

Matter Number: **0006236.0001**
07 - General Administration

Billing Attorney: **Norman B. Newman**

### EXPENSE SUMMARY THROUGH MARCH 5, 2010

| Description | Amount |
|---|---:|
| Photocopying | $1,179.00 |
| Court Reporter | 714.45 |
| Fax | 320.00 |
| Postage | 262.57 |
| Computerized Legal Research | 147.48 |
| Local Transportation | 123.00 |
| CMS Delivery | 114.49 |
| Certified Copies | 51.00 |
| Witness Fee | 45.82 |
| FedEx | 20.35 |
| **Total** | **$2,978.16** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ◼ 35335 Eagle Way ◼ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ◼ www.muchshelist.com

thinking business, practicing law.