**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: UBM, Inc. | § | Case No. 06-17219 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 28, 2006. The undersigned trustee was appointed on April 10, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554   except that the trustee reserves, pursuant to 11 U.S.C. section 554(c ), the estate's interest in the following: `Mr. Knopfler generated total receipts in the amount of $921,897.84 the successor trustee received $11,263.94 from Debtor's ESOP account which was not property of the Bankruptcy Estate.`

`The successor trustee made total disbursements in the amount of $11,263.94.  All other disbursements were made by Mr. Knopfler.`

The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in these assets.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of  $933,161.78

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 630,005.94 |
| Administrative expenses | 303,094.45 |
| Bank service fees | 61.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 0.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/28/2007 and the deadline for filing governmental claims was 11/28/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $48,312.60 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2015  By:/s/NORMAN NEWMAN
  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-17219　　　　　　　　　　　　　　　　　**Trustee:** (330270) NORMAN NEWMAN
**Case Name:** UBM, Inc.　　　　　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 12/28/06 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 08/28/07
**Period Ending:** 06/01/15　　　　　　　　　　　　　　　　　**Claims Bar Date:** 11/28/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SECURITY DEPOSIT/AT&T | Unknown | Unknown | | 0.00 | FA |
| 2 | BOOKS/COLLECTIBLES<br>　(Office Fixtures in Storage @ Red Miners & Van Lines) | 60,000.00 | Unknown | | 0.00 | FA |
| 3 | PARTNERSHIP INT<br>　(Numerous Joint Ventures) | Unknown | Unknown | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE | Unknown | Unknown | | 887,094.82 | FA |
| 5 | OFFICE EQUIPMENT<br>　(Furniture, Computers, Supplies in Storage @ Red Miners & Van Lines) | 5,000.00 | Unknown | | 0.00 | FA |
| 6 | HIGHLAND COMMUNITY BANK (u)<br>　(Pursuant to Order entered 9/11/07 Debtor funds held by Bank) | 0.00 | Unknown | | 33,703.87 | FA |
| 7 | Misc. Refunds (u) | 0.00 | 0.00 | | 719.76 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 379.39 | Unknown |
| 8 | **Assets**　Totals (Excluding unknown values) | **$65,000.00** | **$0.00** | | **$921,897.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Trustee was appointed successor Trustee to A. Knopfler on September 17, 2012. The complaint filed against the PBC resulted in finding against UBM. The Trustee is working with the U.S. Dept. of Labor and Morgan Stanley to close out the Debtor's ESOP account and to distribute funds to the Plan Participants. There are no additional funds to pay creditor claims.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2008　　　　**Current Projected Date Of Final Report (TFR):**　　September 30, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-17219 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | UBM, Inc. | | Bank Name: | BANK OF AMERICA |
| | | | Account: | ********03 - Money Market Account |
| Taxpayer ID #: | **-***4655 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/01/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/07 | {4} | GILBANE BUILDING COMPANY | Inv 41484-10A & 11A/UofC Res Hall | 1121-000 | 42,225.68 | | 42,225.68 |
| 08/02/07 | {4} | GILBANE BUILDING COMPANY | Inv 41484-10A & 11A/UofC Res Hall Correction - Replaces Deposit #1 | 1121-000 | 42,255.68 | | 84,481.36 |
| 08/02/07 | {4} | Reverses Deposit # 1 | Inv 41484-10A & 11A/UofC Res Hall | 1121-000 | -42,225.68 | | 42,255.68 |
| 08/31/07 | Int | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.36 | | 42,289.04 |
| 09/25/07 | {6} | COMMUNITY BANK OF HIGHLAND | Pursuant to Court Order Bank Serial #: 000000 | 1229-000 | 33,703.87 | | 75,992.91 |
| 09/28/07 | Int | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 31.09 | | 76,024.00 |
| 10/30/07 | {7} | AT&T | Refund/Final Bill | 1129-000 | 719.76 | | 76,743.76 |
| 10/30/07 | {4} | CHA-U.S. RESIDENTIAL MANAGEMENT | | 1121-000 | 1,500.00 | | 78,243.76 |
| 10/31/07 | Int | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 48.43 | | 78,292.19 |
| 11/30/07 | Int | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 41.78 | | 78,333.97 |
| 12/31/07 | Int | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 37.45 | | 78,371.42 |
| 01/31/08 | Int | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 31.05 | | 78,402.47 |
| 02/04/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 70.60 | 78,331.87 |
| 02/29/08 | Int | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 18.62 | | 78,350.49 |
| 03/31/08 | Int | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 18.52 | | 78,369.01 |
| 04/30/08 | Int | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 16.06 | | 78,385.07 |
| 05/27/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 53,385.07 |
| 05/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 9.44 | | 53,394.51 |
| 06/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 6.47 | | 53,400.98 |
| 06/30/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 28,400.98 |
| 07/31/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.61 | | 28,404.59 |
| 08/21/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 5,753.53 | 22,651.06 |
| 08/29/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.34 | | 22,654.40 |
| 09/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.79 | | 22,657.19 |
| 10/31/08 | Int | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 2.20 | | 22,659.39 |
| 11/28/08 | Int | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.85 | | 22,661.24 |
| 12/08/08 | {4} | DOROTHY BROWN, CLERK OF THE | Mechanic's Liens Fund/Police Statio | 1121-000 | 797,512.37 | | 820,173.61 |
| 12/15/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 15,027.00 | 805,146.61 |
| 12/23/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 710,849.80 | 94,296.81 |
| 12/31/08 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 17.38 | | 94,314.19 |
| 01/05/09 | {4} | DOROTHY BROWN, CLERK OF THE CIRCUIT | Mechanic's Lien Fund/Fire Station | 1121-000 | 45,826.77 | | 140,140.96 |
| 01/30/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 2.17 | | 140,143.13 |
| 02/12/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 67.28 | 140,075.85 |

Subtotals :           $921,844.06        $781,768.21

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 06/01/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********03 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 36,581.52 | 103,494.33 |
| 02/27/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 2.09 | | 103,496.42 |
| 03/31/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.76 | | 103,498.18 |
| 03/31/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 8.22 | 103,489.96 |
| 04/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 103,494.21 |
| 05/15/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 78,494.21 |
| 05/29/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.81 | | 78,498.02 |
| 06/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,501.25 |
| 07/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,504.58 |
| 08/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,507.91 |
| 09/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,511.14 |
| 10/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,514.47 |
| 11/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,517.70 |
| 12/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,521.03 |
| 01/29/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,524.36 |
| 02/05/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 62.84 | 78,461.52 |
| 02/05/10 | 301 | INTERNATIONAL SURETIES, LTD; Revers | Bond Premium 2/1/10 - 2/1/11<br>Voided on 02/05/10 | 2300-000 | | 62.84 | 78,398.68 |
| 02/05/10 | 301 | INTERNATIONAL SURETIES, LTD; Revers | Bond Premium 2/1/10 - 2/1/11<br>Voided: check issued on 02/05/10 | 2300-000 | | -62.84 | 78,461.52 |
| 02/26/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.01 | | 78,464.53 |
| 03/31/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.34 | | 78,467.87 |
| 04/30/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.22 | | 78,471.09 |
| 05/27/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 57,830.68 | 20,640.41 |
| 05/28/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 2.88 | | 20,643.29 |
| 06/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,643.80 |
| 07/22/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 5,977.55 | 14,666.25 |
| 07/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 14,666.72 |
| 08/31/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,667.10 |
| 09/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,667.46 |
| 10/29/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,667.83 |
| 11/02/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 4,667.83 |
| 11/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,667.96 |
| 12/31/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,668.08 |
| 01/31/11 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,668.20 |
| 02/07/11 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 3.74 | 4,664.46 |
| 02/28/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.50 |

Subtotals :  $53.20    $135,464.55

{} Asset reference(s)                                                                                            Printed: 06/01/2015 12:43 PM    V.13.23

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-17219 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | UBM, Inc. | | Bank Name: | BANK OF AMERICA |
| | | | Account: | ********03 - Money Market Account |
| Taxpayer ID #: | **-***4655 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/01/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.54 |
| 04/29/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.58 |
| 05/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.62 |
| 06/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.66 |
| 07/29/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.70 |
| 08/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.74 |
| 09/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.78 |
| 10/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.82 |
| 10/31/11 | | BANK OF AMERICA | Bank Service Charge | 7100-000 | | 5.94 | 4,658.88 |
| 11/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,658.92 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.74 | 4,653.18 |
| 12/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,653.22 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.74 | 4,647.48 |
| 01/31/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,647.52 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.10 | 4,641.42 |
| 02/06/12 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 4.00 | 4,637.42 |
| 02/29/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,637.46 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.51 | 4,631.95 |
| 03/30/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,631.99 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.70 | 4,626.29 |
| 04/30/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,626.33 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.88 | 4,620.45 |
| 05/21/12 | | Reverses Transfer on 05/21/12 | Bank Funds Transfer | 9999-000 | | -4,620.45 | 9,240.90 |
| 05/21/12 | Int | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,240.92 |
| 05/21/12 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 4,620.45 | 4,620.47 |
| 05/21/12 | | Transfer to Acct #3756146516 | Final Posting Transfer | 9999-000 | | 4,620.47 | 0.00 |
| | | | ACCOUNT TOTALS | | 921,897.84 | 921,897.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 926,477.68 | |
| | | | **Subtotal** | | **921,897.84** | **-4,579.84** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$921,897.84** | **$-4,579.84** | |

{} Asset reference(s)  Printed: 06/01/2015 12:43 PM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-17219　　　　　　　　　　　　　　**Trustee:** NORMAN NEWMAN (330270)
**Case Name:** UBM, Inc.　　　　　　　　　　　　　　　**Bank Name:** BANK OF AMERICA
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** ********16 - BofA - Checking Account
**Taxpayer ID #:** **-***4655　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 06/01/15　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 70.60 | | 70.60 |
| 02/04/08 | 3001 | INTERNATIONAL SURETIES, LTD | Bond 016026455 Premium 02/01/08 - 02/01/09 | 2300-000 | | 70.60 | 0.00 |
| 05/27/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 05/27/08 | 3002 | MUCH SHELIST FREED DENENBERG | Court Order 5/21/07 - Partial Interim Fees | 3210-000 | | 25,000.00 | 0.00 |
| 06/30/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 06/30/08 | 3003 | HARRIS BANK, N.A. | Court Order 6/25/08 | 4210-000 | | 25,000.00 | 0.00 |
| 08/21/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 5,753.53 | | 5,753.53 |
| 08/21/08 | 3004 | ALEXANDER S KNOPFLER, TRUSTEE | Order 8/19/08 Trustee Fees 1st Interim Compensation | 2100-000 | | 5,753.53 | 0.00 |
| 12/15/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 15,027.00 | | 15,027.00 |
| 12/15/08 | 3005 | LYNN DIXON | Court Order 10/14/08 | 3991-000 | | 15,027.00 | 0.00 |
| 12/23/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 710,849.80 | | 710,849.80 |
| 12/23/08 | 3006 | HARRIS BANK, N.A. | Court Order 12/23/08 | 4210-000 | | 600,000.00 | 110,849.80 |
| 12/23/08 | 3007 | MUCH SHELIST FREED DENENBERG | Order 5/21/08 | 3210-000 | | 109,893.65 | 956.15 |
| 12/23/08 | 3008 | MUCH SHELIST FREED DENENBERG | Order 5/21/08 | 3120-000 | | 956.15 | 0.00 |
| 02/12/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 67.28 | | 67.28 |
| 02/12/09 | 3009 | INTERNATIONAL SURETIES, LTD | Bond Premium 2/1/09 - 2/1/10 | 2300-000 | | 67.28 | 0.00 |
| 02/26/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 36,581.52 | | 36,581.52 |
| 02/26/09 | 3010 | ALEXANDER S KNOPFLER, TRUSTEE | Order 2/25/09 Trustee Fees 2nd Interim Compensation | 2100-000 | | 36,581.52 | 0.00 |
| 03/31/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 8.22 | | 8.22 |
| 03/31/09 | 3011 | INTERNATIONAL SURETIES, LTD | Addtl Bond Premium 2/1/09 - 2/1/10 Bond #016026455 | 2300-000 | | 8.22 | 0.00 |
| 05/15/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 05/15/09 | 3012 | RIECK AND CROTTY | Order 5/14/09 -Fees Special Counsel | 3210-600 | | 20,000.00 | 5,000.00 |
| 05/15/09 | 3013 | RIECK AND CROTTY, P.C. | Order 5/14/09 - Partial Payment Lien Claim | 4210-000 | | 5,000.00 | 0.00 |
| 02/05/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 62.84 | | 62.84 |
| 02/05/10 | 3014 | INTERNATIONAL SURETIES, LTD | Bond Premium 2/1/10 - 2/1/11 | 2300-000 | | 62.84 | 0.00 |
| 05/27/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 57,830.68 | | 57,830.68 |
| 05/27/10 | 3015 | MUCH SHELIST DENENBERG AMENT | Order 5/26/10/Atty Fees Partial Payment | 3210-000 | | 55,000.00 | 2,830.68 |
| 05/27/10 | 3016 | MUCH SHELIST DENENBERG AMENT | Order 5/26/10/Atty Expenses | 3120-000 | | 2,830.68 | 0.00 |
| 07/22/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 5,977.55 | | 5,977.55 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotals :　　　　$907,229.02　　　$901,251.47

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/01/2015 12:43 PM　　V.13.23

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-17219 | | **Trustee:** | NORMAN NEWMAN (330270) |
| --- | --- | --- | --- | --- |
| **Case Name:** | UBM, Inc. | | **Bank Name:** | BANK OF AMERICA |
| | | | **Account:** | ********16 - BofA - Checking Account |
| **Taxpayer ID #:** | **-***4655 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/01/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/10 | 3017 | ALEXANDER S KNOPFLER, TRUSTEE | Order 7/20/10 Trustee Fees 2nd Interim Compensation | 2100-000 | | 5,977.55 | 0.00 |
| 11/02/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 11/02/10 | 3018 | ROZOVICS & WJOJCICKI, PC | Order 10/26/10 - Accountant Fees Partial Payment | 3410-000 | | 10,000.00 | 0.00 |
| 02/07/11 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 3.74 | | 3.74 |
| 02/07/11 | 3019 | INTERNATIONAL SURETIES, LTD. | Bond Premium 02/01/11 - 02/01/12 Bond #016026455 | 2300-000 | | 3.74 | 0.00 |
| 02/06/12 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 4.00 | | 4.00 |
| 02/06/12 | 3020 | INTERNATIONAL SURETIES, LTD. | Bond Premium 2/1/12 - 2/1/13 | 2300-000 | | 4.00 | 0.00 |
| 05/21/12 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 4,620.45 | | 4,620.45 |
| 05/21/12 | | Transfer from Acct #3756146503 | Transfer In From MMA Account | 9999-000 | 4,620.47 | | 9,240.92 |
| 05/21/12 | 3021 | ROZOVICS & WJOJCICKI, PC | Order 10/26/10 - Accountants Fees $18,456.50 - Fees Order 10/26/10 -10,000.00 - Less: Payment 11/3/10 -4,620 | 3410-000 | | 4,620.47 | 4,620.45 |
| 05/21/12 | | Reverses Transfer on 05/21/12 | Bank Funds Transfer | 9999-000 | | 4,620.45 | 0.00 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.57 | -0.57 |
| 02/10/14 | | Bank of America | Reversal of Bank Service Fee | 2600-000 | | -0.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **926,477.68** | **926,477.68** | **$0.00** |
| | | | Less: Bank Transfers | | 926,477.68 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **926,477.68** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$926,477.68** | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 06/01/15

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/14 | | Morgan Stanley | Money from ESOP | 1290-000 | 10,932.50 | | 10,932.50 |
| 09/15/14 | | Morgan Stanley | Money from ESOP | 1290-000 | 331.44 | | 11,263.94 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,253.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 11,237.22 |
| 11/25/14 | 10101 | Internal Revenue Service | Payment of taxes on ESOP (wire transfer)<br>Voided on 11/25/14 | 2810-000 | | 11,237.22 | 0.00 |
| 11/25/14 | 10101 | Internal Revenue Service | Payment of taxes on ESOP (wire transfer)<br>Voided: check issued on 11/25/14 | 2810-000 | | -11,237.22 | 11,237.22 |
| 11/26/14 | | Internal Revenue | Payment of taxes on ESOP | 2810-000 | | 11,237.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,263.94 | 11,263.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,263.94 | 11,263.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,263.94** | **$11,263.94** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ********03 | 921,897.84 | -4,579.84 | 0.00 |
| Checking # ********16 | 0.00 | 926,477.68 | 0.00 |
| Checking # ******5566 | 11,263.94 | 11,263.94 | 0.00 |
| | **$933,161.78** | **$933,161.78** | **$0.00** |

{} Asset reference(s)

Printed: 06/01/2015 12:43 PM  V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 28, 2007

**Case Number:** 06-17219  
**Debtor Name:** UBM, Inc.

Page: 1

**Date:** June 1, 2015  
**Time:** 12:43:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | MUCH SHELIST FREED DENENBERG<br>Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $956.15 | $956.15 | 0.00 |
| 200 | MUCH SHELIST FREED DENENBERG<br>Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $134,893.65 | $134,893.65 | 0.00 |
| 200 | ROZOVICS & WJOJCICKI, PC<br>Rozovics & Wojcicki, PC<br>1580 N. Northwest Highway, Suite 120<br>Park Ridge, IL 60068 | Admin Ch. 7 | | $18,456.50 | $14,620.47 | 3,836.03 |
| 200 | ROZOVICS & WOJCICKI, PC<br>1580 N. Northwest Highway, Suite 120<br>Park Ridge, IL 60068 | Admin Ch. 7 | | $1,319.80 | $0.00 | 1,319.80 |
| 200 | LYNN DIXON<br>8454 South Maryland<br>Chicago, IL 60619 | Admin Ch. 7 | | $15,027.00 | $15,027.00 | 0.00 |
| 200 | RIECK AND CROTTY<br>55 West Monroe St., Suite 3390<br>Chicago, IL 60603 | Admin Ch. 7 | | $20,000.00 | $0.00 | 20,000.00 |
| 100 | RIECK AND CROTTY, P.C.<br>55 West Monroe St., Suite 3390<br>Chicago, IL 60603 | Secured | | $40,000.00 | $5,000.00 | 35,000.00 |
| **<< Totals >>** | | | | 230,653.10 | 170,497.27 | 60,155.83 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                            Exhibit D

Case No.: 06-17219
Case Name: UBM, Inc.
Trustee Name: NORMAN NEWMAN

**Balance on hand:**                                         $            0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | RIECK AND CROTTY, P.C. | 40,000.00 | 40,000.00 | 5,000.00 | 0.00 |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $            0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for chapter 7 administration expenses:    $            0.00
Remaining balance:                                         $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $            0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $            0.00
Remaining balance:                       $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**