**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: UBM, Inc. § Case No. 06-17219
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $65,000.00            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $630,000.00         Claims Discharged
                                                     Without Payment: N/A

Total Expenses of Administration: $303,161.78

3) Total gross receipts of $ 933,161.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $933,161.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,097,028.77 | $4,183,254.00 | $4,045,345.50 | $630,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 330,888.46 | 328,317.61 | 303,161.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 542,397.51 | 673,395.83 | 663,395.83 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,836,581.03 | 31,800,232.47 | 15,186,333.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,476,007.31 | $36,987,770.76 | $20,223,392.46 | $933,161.78 |

   4) This case was originally filed under Chapter 7 on December 28, 2006. The case was pending for 118 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 10/18/2016          By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Money from ESOP | 1290-000 | 11,263.94 |
| ACCOUNTS RECEIVABLE | 1121-000 | 887,094.82 |
| HIGHLAND COMMUNITY BANK | 1229-000 | 33,703.87 |
| Misc. Refunds | 1129-000 | 719.76 |
| Interest Income | 1270-000 | 379.39 |
| **TOTAL GROSS RECEIPTS** | | **$933,161.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RIECK AND CROTTY, P.C. | 4210-000 | 0.00 | 40,000.00 | 40,000.00 | 5,000.00 |
| 1 | Amcore Bank, Assignee for Atash Fire & Safety | 4120-000 | N/A | 203,865.95 | 203,865.95 | 0.00 |
| 2 | Technical Engineering Division Pension Fund, Local | 4210-000 | N/A | 68,954.25 | 0.00 | 0.00 |
| 2 -2 | Technical Engineering Division Pension Fund, Local | 4210-000 | N/A | 68,954.25 | 0.00 | 0.00 |
| 2 -3 | Technical Engineering Division Pension Fund, Local | 4210-000 | 65,896.81 | 68,954.25 | 68,954.25 | 0.00 |
| 40S | Internal Revenue Service | 4300-000 | 208,302.94 | 99,524.72 | 99,524.72 | 0.00 |
| 60 | Linear Electric | 4120-000 | 19,121.90 | 19,121.90 | 19,121.90 | 0.00 |
| 117 | Abbott and Associates, Inc. | 4120-000 | 162,984.10 | 642,397.18 | 642,397.18 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
| 142S | Rieck and Crotty, P.C. | 4210-000 | unknown | 60,300.40 | 60,300.40 | 0.00 |
| 149 | Harris, N.A. | 4210-000 | 2,458,059.58 | 1,270,996.03 | 1,270,996.03 | 0.00 |
| 151 | Laborers' Pension adn Welfare Funds | 4120-000 | 38,834.50 | 38,834.50 | 38,834.50 | 0.00 |
| 157 | XL Specialty Insurance Co. | 4210-000 | N/A | 961,850.57 | 961,850.57 | 0.00 |
| 170 | Trimstone, LLC | 4210-000 | 29,000.00 | 14,500.00 | 14,500.00 | 0.00 |
| NOTFILED | Alliance Fire Protection, Inc. | 4110-000 | 4,260.00 | N/A | N/A | 0.00 |
| NOTFILED | ARC Disposal & Rec., Inc. | 4110-000 | 3,830.76 | N/A | N/A | 0.00 |
| NOTFILED | Architectural Compliance Sign Comp. | 4110-000 | 5,639.31 | N/A | N/A | 0.00 |
| NOTFILED | Byus Steel, Inc. | 4110-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Cornell Storefront Systems | 4110-000 | 2,118.45 | N/A | N/A | 0.00 |
| NOTFILED | DLZ Industrial Surveying, Inc. | 4110-000 | 15,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Police and subcontractors | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springer Blue Print Service | 4110-000 | 15,869.58 | N/A | N/A | 0.00 |
| NOTFILED | United Rentals | 4110-000 | 34,293.00 | N/A | N/A | 0.00 |
| NOTFILED | John Trimberger | 4110-000 | 14,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Warren F. Thomas Plumbing | 4110-000 | 19,236.84 | N/A | N/A | 0.00 |
| | HARRIS BANK, N.A. | 4210-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| | HARRIS BANK, N.A. | 4210-000 | N/A | 600,000.00 | 600,000.00 | 600,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,097,028.77** | **$4,183,254.00** | **$4,045,345.50** | **$630,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MUCH SHELIST FREED DENENBERG | 3210-000 | N/A | 137,464.50 | 134,893.65 | 134,893.65 |
| MUCH SHELIST FREED DENENBERG | 3120-000 | N/A | 956.15 | 956.15 | 956.15 |
| LYNN DIXON | 3991-000 | N/A | 15,027.00 | 15,027.00 | 15,027.00 |
| RIECK AND CROTTY | 3210-600 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| ROZOVICS & WJOJCICKI, PC | 3410-000 | N/A | 18,456.50 | 18,456.50 | 14,620.47 |
| ROZOVICS & WOJCICKI, PC | 3420-000 | N/A | 1,319.80 | 1,319.80 | 0.00 |
| BANK OF AMERICA | 2600-000 | N/A | 5.94 | 5.94 | 5.94 |
| Bank of America, N.A. | 2600-000 | N/A | 5.74 | 5.74 | 5.74 |
| Bank of America, N.A. | 2600-000 | N/A | 5.74 | 5.74 | 5.74 |
| Bank of America, N.A. | 2600-000 | N/A | 6.10 | 6.10 | 6.10 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Bank of America, N.A. | 2600-000 | N/A | 5.51 | 5.51 | 5.51 |
| Bank of America, N.A. | 2600-000 | N/A | 5.70 | 5.70 | 5.70 |
| Bank of America, N.A. | 2600-000 | N/A | 5.88 | 5.88 | 5.88 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 70.60 | 70.60 | 70.60 |
| ALEXANDER S KNOPFLER, TRUSTEE | 2100-000 | N/A | 5,753.53 | 5,753.53 | 5,753.53 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 67.28 | 67.28 | 67.28 |
| ALEXANDER S KNOPFLER, TRUSTEE | 2100-000 | N/A | 36,581.52 | 36,581.52 | 36,581.52 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.22 | 8.22 | 8.22 |
| RIECK AND CROTTY | 3210-600 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 62.84 | 62.84 | 62.84 |
| MUCH SHELIST DENENBERG AMENT | 3210-000 | N/A | 55,000.00 | 55,000.00 | 55,000.00 |
| MUCH SHELIST DENENBERG AMENT | 3120-000 | N/A | 2,830.68 | 2,830.68 | 2,830.68 |
| ALEXANDER S KNOPFLER, TRUSTEE | 2100-000 | N/A | 5,977.55 | 5,977.55 | 5,977.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.74 | 3.74 | 3.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.00 | 4.00 | 4.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.72 | 16.72 | 16.72 |
| Internal Revenue | 2810-000 | N/A | 11,237.22 | 11,237.22 | 11,237.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $330,888.46 | $328,317.61 | $303,161.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Fox Valley Laborers Welfare & Pension Funds | 5400-000 | 244.29 | 41,598.98 | 41,598.98 | 0.00 |
| 29 | Grant Carol Melton | 5910-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 35 | Bradley W. Wells | 5400-000 | N/A | 2,038.50 | 2,038.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 40P | Internal Revenue Service | 5800-000 | 4,928.77 | 7,191.77 | 7,191.77 | 0.00 |
| 42 | Ram P. Singh | 5400-000 | 6,991.87 | 8,473.00 | 8,473.00 | 0.00 |
| 64 | Thomas Selvaggio | 5400-000 | 10,721.51 | 11,579.23 | 11,579.23 | 0.00 |
| 65 | Rohit K. Patel | 5400-000 | 6,943.27 | 67,076.04 | 67,076.04 | 0.00 |
| 68 | Jacqui Prince | 5400-000 | 2,019.47 | 2,300.00 | 2,300.00 | 0.00 |
| 70 | Illinois Department of Revenue | 5800-000 | 428.77 | 158.00 | 158.00 | 0.00 |
| 80 | Geraldine Rice | 5400-000 | 1,445.07 | 2,954.00 | 2,954.00 | 0.00 |
| 87 | Chicago Council of Carpenters Pension Fund | 5400-000 | 35,000.00 | 26,118.79 | 26,118.79 | 0.00 |
| 95P | Brooks Building, LLC | 5200-000 | 291,710.12 | 145,855.00 | 145,855.00 | 0.00 |
| 103 | Department of Revenue Business | 5800-000 | N/A | 7,844.33 | 7,844.33 | 0.00 |
| 104 | Department of Revenue Business | 5800-000 | N/A | 7,844.33 | 7,844.33 | 0.00 |
| 105 | Department of Revenue Business | 5800-000 | N/A | 3,922.15 | 3,922.15 | 0.00 |
| 106 | Department of Revenue Business | 5800-000 | N/A | 272.87 | 272.87 | 0.00 |
| 107 | Department of Revenue Business | 5800-000 | N/A | 272.87 | 272.87 | 0.00 |
| 108 | Department of Revenue Business | 5800-000 | N/A | 136.44 | 136.44 | 0.00 |
| 109 | Department of Revenue Business | 5800-000 | N/A | 191.50 | 191.50 | 0.00 |
| 116 | Syed S. Dayemi | 5400-000 | 2,127.05 | 5,396.10 | 5,396.10 | 0.00 |
| 123 | Gerritt D. Schuitema | 5400-000 | 4,471.89 | 19,012.00 | 19,012.00 | 0.00 |
| 125 | Tammy A. Croom-Spears | 5300-000 | 495.46 | 5,734.34 | 5,734.34 | 0.00 |
| 130 | Paul Cohen | 5400-000 | 4,521.53 | 3,724.59 | 3,724.59 | 0.00 |
| 133 | Courtney P. Alexander | 5400-000 | 904.01 | 970.09 | 970.09 | 0.00 |
| 138 | Dennis L. Talison | 5400-000 | 1,612.22 | 2,277.84 | 2,277.84 | 0.00 |
| 142P | Rieck & Crotty, P.C. | 5200-000 | 23,457.25 | 14,125.25 | 14,125.25 | 0.00 |
| 144P | Paul J. King | 5400-000 | 3,492.65 | 29,119.63 | 29,119.63 | 0.00 |
| 145 | Sham Dabadghao | 5400-000 | 4,630.30 | 4,630.30 | 4,630.30 | 0.00 |
| 147 | Sham Dabadghad | 5400-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| 153 | Frank J. Sobkowiak | 5400-000 | 2,722.96 | 36,568.01 | 36,568.01 | 0.00 |
| 158 | Lynn Dixon | 5400-000 | 10,038.77 | 13,317.25 | 13,317.25 | 0.00 |
| 161 | Thomas R. Walker | 5400-000 | 6,571.85 | 9,816.00 | 9,816.00 | 0.00 |
| 162 | John Bolden | 5400-000 | 1,669.87 | 1,700.00 | 1,700.00 | 0.00 |
| 169 | Trimstone, LLC | 5200-000 | 3,600.00 | 3,600.00 | 3,600.00 | 0.00 |
| 172 | Carolyn R. Beard | 5400-000 | 1,278.00 | 2,565.96 | 2,565.96 | 0.00 |
| 173 | Melanie T. Moy | 5400-000 | 3,306.18 | 3,304.00 | 3,304.00 | 0.00 |
| 177 | Kazina K. Henderson | 5400-000 | 1,026.57 | 1,026.57 | 1,026.57 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim | Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| 180P | Sandra D. Jiles | 5400-000 | 5,749.62 | 16,699.62 | 16,699.62 | 0.00 |
| 181 | Samuel Jones, Jr. | 5400-000 | 2,419.32 | 2,419.32 | 2,419.32 | 0.00 |
| 182 | Janice M. Finner | 5400-000 | 1,009.68 | 1,242.76 | 1,242.76 | 0.00 |
| 183 | Thomas J. Fawcett | 5400-000 | 8,542.49 | 18,042.49 | 18,042.49 | 0.00 |
| 187 | Illinois Department of Employment Security | 5800-000 | 88,316.70 | 82,275.91 | 82,275.91 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$542,397.51** | **$673,395.83** | **$663,395.83** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Chicago Drapery & Carpet Inc | 7100-000 | 1,650.00 | 3,450.00 | 3,450.00 | 0.00 |
| 6 | Anne Marie Stater, Admin. for the estae of John Slater | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 7 | Wheeler E. Chapman III, Independent Administrator | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 8 | Stanslaw Zajac, Independent Administrator of the | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 9 | Winfred C. McDonald, Independent Administrator of | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 10 | Christine Konopka | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 11 | Luis Hernandez | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 12 | Yvette Hernandez | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 13 | Lori Eyman | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 14 | Joshua Eyman | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 15 | Randall E. Roberts | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 16 | Margaret W. Roberts | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 17 | Leslie Page-Piper | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 18 | Vernita M. Gray | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 19 | Sherryl A. Fox | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 20 | Edward Fox | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 21 | Sarah S. Zavala-Belsis | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 22 | McNair Grant, Independent Administrator of the Est | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 23 | Mary Russell Gardner | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 24 | Jody Schneiderman | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 25 | Margaret D. Salvadori | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 26 | Meribeth Mermall | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 27 | Thyssenkrupp Elevator | 7100-000 | 5,848.14 | 8,758.36 | 8,758.36 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| 28 | Bette Lichaw, as Personal Representative of the Es | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 30 | Jill Runk | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 31 | Ronald Vinion | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 32 | Chloe Johnson Vinion | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 33 | Arrow Raod Construction Co. | 7100-000 | 7,582.81 | 11,204.74 | 11,204.74 | 0.00 |
| 34 | Peoples Gas Light and Coke Company | 7100-000 | 2,811.63 | 9,694.80 | 9,694.80 | 0.00 |
| 36 | ComEd Co | 7100-000 | 218,590.32 | 211,279.31 | 211,279.31 | 0.00 |
| 37 | Wildman, Harrold, Allen & Dixon LLP | 7100-000 | 3,285.00 | 3,285.00 | 3,285.00 | 0.00 |
| 38 | Fedex Customer Information Service | 7100-000 | 84.45 | 254.57 | 254.57 | 0.00 |
| 39 | Accountemps Div. of Robert Half International | 7100-000 | 3,217.35 | 3,217.35 | 3,217.35 | 0.00 |
| 39 -2 | Accountemps Div. of Robert Half International | 7100-000 | N/A | 3,217.35 | 0.00 | 0.00 |
| 40U | Internal Revenue Services | 7300-000 | N/A | 1,641.60 | 1,641.60 | 0.00 |
| 41 | Litgen Concrete Cutting | 7100-000 | unknown | 1,235.00 | 1,235.00 | 0.00 |
| 43 | K&K Iron Works, Inc. | 7100-000 | 1,079.21 | 3,919.21 | 3,919.21 | 0.00 |
| 44 | Affidilated Systems, Inc. | 7100-000 | 2,356.35 | 2,164.24 | 2,164.24 | 0.00 |
| 45 | Tel-Plus, Inc. | 7100-000 | 6,631.22 | 6,631.23 | 6,631.23 | 0.00 |
| 46 | Groen Waste Services | 7100-000 | unknown | 794.35 | 794.35 | 0.00 |
| 47 | C&H Bldg Specialties, Inc. | 7100-000 | 255.00 | 399.00 | 399.00 | 0.00 |
| 48 | T.V.S. Mechanical, Inc. | 7100-000 | 13,232.50 | 14,122.50 | 14,122.50 | 0.00 |
| 49 | Catalano, Caboor & Co. | 7100-000 | N/A | 5,270.00 | 5,270.00 | 0.00 |
| 50 | Energy, Inc. | 7100-000 | 2,986.58 | 16,871.28 | 16,871.28 | 0.00 |
| 51 | Standard Wire & Steel Works | 7100-000 | 1,332.25 | 1,332.50 | 1,332.50 | 0.00 |
| 52 | United Construction Layout Survey | 7100-000 | unknown | 4,375.00 | 4,375.00 | 0.00 |
| 53 | Warehouse Direct | 7100-000 | 1,112.21 | 1,350.27 | 1,350.27 | 0.00 |
| 54 | Royal Dynasty | 7100-000 | 15,657.24 | 27,391.60 | 27,391.60 | 0.00 |
| 55 | SACO Industries, Inc. | 7100-000 | 4,051.80 | 2,026.00 | 2,026.00 | 0.00 |
| 56 | TBGEC, Inc. | 7100-000 | 49,139.89 | 68,492.90 | 68,492.90 | 0.00 |
| 57 | Underland Architectural Inc | 7100-000 | 20,636.20 | 35,439.90 | 35,439.90 | 0.00 |
| 58 | Replacement Window Systems | 7100-000 | unknown | 75.00 | 75.00 | 0.00 |
| 59 | Interstate Roof System Consultant | 7100-000 | 276.25 | 700.25 | 700.25 | 0.00 |
| 61 | Midwest Acoustics,Inc. | 7100-000 | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 62 | The Travelers Indementiy Co and Their Affiliates | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 63 | Shea's Iron Works, Inc. | 7100-000 | unknown | 71,621.46 | 71,621.46 | 0.00 |
| 66 | American Locker Sec. Sys., Inc. | 7100-000 | 383.00 | 916.50 | 916.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | Impressions Cleaning Service | 7100-000 | 3,636.00 | 8,222.00 | 8,222.00 | 0.00 |
| 69 | J.E. Manzi & Associates, Inc. | 7100-000 | 31,348.43 | 18,349.23 | 18,349.23 | 0.00 |
| 71 | Navigant Consulting, Inc. | 7100-000 | N/A | 222,021.37 | 222,021.37 | 0.00 |
| 72 | The Kenrich Group LLC | 7100-000 | 185,017.00 | 185,017.00 | 185,017.00 | 0.00 |
| 73 | Wirtz Rentals Company | 7100-000 | 2,006.79 | 936.11 | 936.11 | 0.00 |
| 74 | Vibra-Tech | 7100-000 | unknown | 60,257.50 | 60,257.50 | 0.00 |
| 75 | Fox Vending, Inc. | 7100-000 | 928.97 | 928.97 | 928.97 | 0.00 |
| 76 | Lee Lumber & Building Corp. | 7100-000 | 16,907.92 | 12,582.64 | 12,582.64 | 0.00 |
| 77 | Interstate Roof System Consultant | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 78 | Superior Floor Covering, Inc. | 7100-000 | 4,600.01 | 4,601.01 | 4,601.01 | 0.00 |
| 79 | S.G. Krauss Co. | 7100-000 | unknown | 13,030.00 | 13,030.00 | 0.00 |
| 81 | Ameriscan Designs, Inc. | 7100-000 | 12,136.24 | 12,136.24 | 12,136.24 | 0.00 |
| 82 | Certified Construction Services | 7100-000 | 3,100.00 | 4,132.00 | 4,132.00 | 0.00 |
| 83 | TOR Construction Co., Inc. | 7100-000 | 46,597.33 | 61,824.41 | 61,824.41 | 0.00 |
| 84 | GE Capital-Modular Space | 7100-000 | 670.00 | 1,728.76 | 1,728.76 | 0.00 |
| 85 | Natla Concrete Inc. | 7100-000 | 10,555.14 | 17,988.21 | 17,988.21 | 0.00 |
| 86 | Bradley W. Wells | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 87 | Chicago Council of Carpenters Pension Fund | 7100-000 | unknown | 62,055.59 | 62,055.59 | 0.00 |
| 88 | F&H Hardware | 7100-000 | 2,677.77 | 8,643.69 | 8,643.69 | 0.00 |
| 89 | Batavia Can Company | 7100-000 | 1,139.26 | 2,534.63 | 2,534.63 | 0.00 |
| 90 | Mackie Consultants, LLC | 7100-000 | 787.50 | 787.50 | 787.50 | 0.00 |
| 91 | Belle Engineering | 7100-000 | 12,500.00 | 12,500.00 | 12,500.00 | 0.00 |
| 92 | McCann Industries, Inc. | 7100-000 | 326.09 | 326.09 | 326.09 | 0.00 |
| 93 | William E. Guinea | 7100-000 | unknown | N/A | N/A | 0.00 |
| 94 | Cold Spring Granite Company | 7100-000 | 2,310.00 | 36,645.98 | 36,645.98 | 0.00 |
| 95U | Brooks Building, LLC | 7100-000 | unknown | 534,234.39 | 534,234.39 | 0.00 |
| 96 | Brooks Building, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 97 | Waste Management | 7100-000 | unknown | 24,155.90 | 24,155.90 | 0.00 |
| 98 | A-Green Plus | 7100-000 | 24,938.24 | 24,939.24 | 24,939.24 | 0.00 |
| 99 | Basrawk Brothers, Ltd. | 7100-000 | unknown | 12,547.49 | 12,547.49 | 0.00 |
| 100 | Nte Star Telecommunications | 7100-000 | unknown | 141.84 | 141.84 | 0.00 |
| 101 | Touch-N-Go Cleaning, Inc. | 7100-000 | unknown | 2,070.00 | 2,070.00 | 0.00 |
| 102 | JAC Masonry, Inc. | 7100-000 | 10,203.90 | 12,721.90 | 12,721.90 | 0.00 |
| 110 | Department of Revenue Business | 7100-000 | N/A | 1,084.14 | 1,084.14 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 111 | Alumital Corporation | 7100-000 | 9,082.00 | 38,824.24 | 38,824.24 | 0.00 |
| 112 | JAC Masonry, Inc. | 7100-000 | N/A | 12,721.90 | 12,721.90 | 0.00 |
| 113 | Skyline Disposal Co. | 7100-000 | unknown | 558.37 | 558.37 | 0.00 |
| 114 | TMC, Inc. | 7100-000 | 10,001.67 | 89,483.64 | 89,483.64 | 0.00 |
| 115 | Delta Construction Associtates, Inc | 7100-000 | 811.75 | 2,556.58 | 2,556.58 | 0.00 |
| 118 | Mt. Carmel Sand and Gravel, Inc. | 7100-000 | 33,058.95 | 40,914.21 | 40,914.21 | 0.00 |
| 119 | Metalmaster Roofmaster | 7100-000 | N/A | 8,459.00 | 0.00 | 0.00 |
| 119 -2 | Metalmaster Roofmaster | 7100-000 | N/A | 8,459.00 | 0.00 | 0.00 |
| 119 -3 | Metalmaster Roofmaster | 7100-000 | unknown | 8,459.00 | 8,459.00 | 0.00 |
| 120 | Current Communications & Electric | 7100-000 | 2,877.64 | 19,625.06 | 19,625.06 | 0.00 |
| 121 | Current Communications & Electric | 7100-000 | N/A | 15,811.35 | 0.00 | 0.00 |
| 122 | Westside Mechanical, Inc. | 7100-000 | 53,831.00 | 73,541.95 | 73,541.95 | 0.00 |
| 124 | McDermott, Will & Emery, LLP | 7100-000 | unknown | 130,045.55 | 130,045.55 | 0.00 |
| 126 | Bernnan's PEB & Associates, Inc | 7100-000 | unknown | 706.07 | 706.07 | 0.00 |
| 127 | Valley Security Co. | 7100-000 | 42,537.13 | 44,511.12 | 44,511.12 | 0.00 |
| 128 | John Trimberger | 7100-000 | 23,625.00 | 23,625.00 | 23,625.00 | 0.00 |
| 129 | B&G Survey Co., Inc. | 7100-000 | 1,560.00 | 5,175.00 | 5,175.00 | 0.00 |
| 131 | ADT Security Services Inc | 7100-000 | unknown | 3,194.80 | 3,194.80 | 0.00 |
| 132 | ADT Security Services Inc | 7100-000 | N/A | 30.33 | 30.33 | 0.00 |
| 133U | Courtney P. Alexander | 7100-000 | N/A | 904.01 | 904.01 | 0.00 |
| 134 | Ahmad Basrawi | 7100-000 | unknown | 2,449.65 | 2,449.65 | 0.00 |
| 135 | T.A. Bowman Constructors | 7100-000 | 11,154.33 | 25,555.00 | 25,555.00 | 0.00 |
| 136 | The Home Depot, U.S.A., Inc. | 7100-000 | unknown | 1,533,139.84 | 1,533,139.84 | 0.00 |
| 137 | Ferrellgas | 7100-000 | 1,970.17 | 2,318.63 | 2,318.63 | 0.00 |
| 139 | Advance Iron Works, Inc. | 7100-000 | unknown | 42,853.25 | 42,853.25 | 0.00 |
| 140 | Cable Communications, Inc. | 7100-000 | 137,403.23 | 372,000.00 | 372,000.00 | 0.00 |
| 141 | Thomas W. Rieck | 7100-000 | 8,750.00 | 7,550.00 | 7,550.00 | 0.00 |
| 142U | Rieck and Crotty, P.C. | 7100-000 | N/A | 50,945.88 | 50,945.88 | 0.00 |
| 143 | Vega Cleaning Services, Inc. | 7100-000 | N/A | 10,175.00 | 0.00 | 0.00 |
| 143 -2 | Vega Cleaning Services, Inc. | 7100-000 | N/A | 10,175.00 | 0.00 | 0.00 |
| 143 -3 | Vega Cleaning Services, Inc. | 7100-000 | N/A | 10,175.00 | 0.00 | 0.00 |
| 143 -4 | Vega Cleaning Services, Inc. | 7100-000 | 10,176.00 | 10,175.00 | 10,175.00 | 0.00 |
| 144U | Paul King | 7100-000 | 292,610.94 | 433,333.10 | 433,333.10 | 0.00 |
| 148 | Sham Dabadghad | 7100-000 | 226,523.76 | 226,523.76 | 226,523.76 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 06-17219    Doc 310    Filed 10/20/16    Entered 10/20/16 15:46:38    Desc Main
Document      Page 11 of 18

| | | | | | | |
|---|---|---|---|---|---|---|
| 150 | United States Fire Insurance Company | 7100-000 | N/A | 8,266,762.17 | 0.00 | 0.00 |
| 150 -2 | United States Fire Insurance Company | 7100-000 | N/A | 8,266,762.17 | 0.00 | 0.00 |
| 150 -3 | United States Fire Insurance Company | 7100-000 | N/A | 8,266,762.17 | 8,266,762.17 | 0.00 |
| 152 | Illinois Mechanical | 7100-000 | 23,392.88 | 23,500.00 | 23,500.00 | 0.00 |
| 154 | Garth/Larmco Jt. Venture, LLC | 7100-000 | 69,938.25 | 109,368.00 | 109,368.00 | 0.00 |
| 155 | Q.C. Enterprises, Inc. | 7100-000 | 600.00 | 5,400.00 | 5,400.00 | 0.00 |
| 156 | J-4 Construction | 7100-000 | unknown | 23,011.28 | 23,011.28 | 0.00 |
| 159 | Phoenix Technical Services, Inc. | 7100-000 | unknown | 92,897.00 | 92,897.00 | 0.00 |
| 160 | Westwood Enterprises, Inc. | 7100-000 | 13,565.86 | 6,233.00 | 6,233.00 | 0.00 |
| 163 | Dave Johnson | 7100-000 | unknown | N/A | N/A | 0.00 |
| 164 | Flexible Interiors | 7100-000 | 39,103.98 | 30,678.55 | 30,678.55 | 0.00 |
| 166 | Samuel Jones, Jr. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 167 | Vario Construction Com, Inc. | 7100-000 | 39,938.05 | 37,016.05 | 37,016.05 | 0.00 |
| 168 | Carroll Seating Company, Inc. | 7100-000 | 12,280.25 | 14,455.00 | 14,455.00 | 0.00 |
| 171 | AAA American Glass & Mirror, Inc. | 7100-000 | unknown | 1,165.00 | 1,165.00 | 0.00 |
| 174 | G&L Associates, Inc. | 7100-000 | N/A | 10,875.00 | 10,875.00 | 0.00 |
| 175 | G&L Associates, Inc. | 7100-000 | 14,951.04 | 18,951.04 | 18,951.04 | 0.00 |
| 176 | Builders Chicago Corporation | 7100-000 | 14,338.90 | 30,480.57 | 30,480.57 | 0.00 |
| 178 | Flexible Interiors | 7100-000 | N/A | 20,547.98 | 20,547.98 | 0.00 |
| 179 | Sherease A. Frierson | 7100-000 | N/A | 7,903.35 | 7,903.35 | 0.00 |
| 180U | Sandra D. Jiles | 7100-000 | N/A | 124,167.84 | 124,167.84 | 0.00 |
| 184 | Thyssenkrupp Elevator Corp. | 7100-000 | N/A | 8,356.40 | 0.00 | 0.00 |
| 185 | The Kenrich Group LLC | 7100-000 | N/A | 5,546.51 | 0.00 | 0.00 |
| 186 | Geraldine Moore Harris | 7100-000 | 2,412.26 | 28,643.00 | 28,643.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,836,581.03** | **$31,800,232.47** | **$15,186,333.52** | **$0.00** |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-17219  **Trustee:** (330270) NORMAN NEWMAN
**Case Name:** UBM, Inc.  **Filed (f) or Converted (c):** 12/28/06 (f)
 **§341(a) Meeting Date:** 08/28/07
**Period Ending:** 10/18/16  **Claims Bar Date:** 11/28/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  SECURITY DEPOSIT/AT&T | Unknown | Unknown | | 0.00 | FA |
| 2  BOOKS/COLLECTIBLES (Office Fixtures in Storage @ Red Miners & Van Lines) | 60,000.00 | Unknown | | 0.00 | FA |
| 3  PARTNERSHIP INT (Numerous Joint Ventures) | Unknown | Unknown | | 0.00 | FA |
| 4  ACCOUNTS RECEIVABLE | Unknown | Unknown | | 887,094.82 | FA |
| 5  OFFICE EQUIPMENT (Furniture, Computers, Supplies in Storage @ Red Miners & Van Lines) | 5,000.00 | Unknown | | 0.00 | FA |
| 6  HIGHLAND COMMUNITY BANK (u) (Pursuant to Order entered 9/11/07 Debtor funds held by Bank) | 0.00 | Unknown | | 33,703.87 | FA |
| 7  Misc. Refunds (u) | 0.00 | 0.00 | | 719.76 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 379.39 | FA |
| 8  Assets Totals (Excluding unknown values) | **$65,000.00** | **$0.00** | | **$921,897.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee was appointed successor Trustee to A. Knopfler on September 17, 2012. The complaint filed against the PBC resulted in finding against UBM. The Trustee is working with the U.S. Dept. of Labor and Morgan Stanley to close out the Debtor's ESOP account and to distribute funds to the Plan Participants. There are no additional funds to pay creditor claims. Submitted a final report for filing.

**Initial Projected Date Of Final Report (TFR):** December 31, 2008  **Current Projected Date Of Final Report (TFR):** September 15, 2015 (Actual)

Printed: 10/18/2016 09:23 AM  V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-17219 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | UBM, Inc. | | Bank Name: | BANK OF AMERICA |
| | | | Account: | ********03 - Money Market Account |
| Taxpayer ID #: | **-***4655 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/18/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/07 | {4} | GILBANE BUILDING COMPANY | Inv 41484-10A & 11A/UofC Res Hall | 1121-000 | 42,225.68 | | 42,225.68 |
| 08/02/07 | {4} | GILBANE BUILDING COMPANY | Inv 41484-10A & 11A/UofC Res Hall Correction - Replaces Deposit #1 | 1121-000 | 42,255.68 | | 84,481.36 |
| 08/02/07 | {4} | Reverses Deposit # 1 | Inv 41484-10A & 11A/UofC Res Hall | 1121-000 | -42,225.68 | | 42,255.68 |
| 08/31/07 | Int | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.36 | | 42,289.04 |
| 09/25/07 | {6} | COMMUNITY BANK OF HIGHLAND | Pursuant to Court Order Bank Serial #: 000000 | 1229-000 | 33,703.87 | | 75,992.91 |
| 09/28/07 | Int | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 31.09 | | 76,024.00 |
| 10/30/07 | {7} | AT&T | Refund/Final Bill | 1129-000 | 719.76 | | 76,743.76 |
| 10/30/07 | {4} | CHA-U.S. RESIDENTIAL MANAGEMENT | | 1121-000 | 1,500.00 | | 78,243.76 |
| 10/31/07 | Int | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 48.43 | | 78,292.19 |
| 11/30/07 | Int | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 41.78 | | 78,333.97 |
| 12/31/07 | Int | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 37.45 | | 78,371.42 |
| 01/31/08 | Int | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 31.05 | | 78,402.47 |
| 02/04/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 70.60 | 78,331.87 |
| 02/29/08 | Int | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 18.62 | | 78,350.49 |
| 03/31/08 | Int | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 18.52 | | 78,369.01 |
| 04/30/08 | Int | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 16.06 | | 78,385.07 |
| 05/27/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 53,385.07 |
| 05/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 9.44 | | 53,394.51 |
| 06/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 6.47 | | 53,400.98 |
| 06/30/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 28,400.98 |
| 07/31/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.61 | | 28,404.59 |
| 08/21/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 5,753.53 | 22,651.06 |
| 08/29/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 3.34 | | 22,654.40 |
| 09/30/08 | Int | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.79 | | 22,657.19 |
| 10/31/08 | Int | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 2.20 | | 22,659.39 |
| 11/28/08 | Int | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.85 | | 22,661.24 |
| 12/08/08 | {4} | DOROTHY BROWN, CLERK OF THE | Mechanic's Liens Fund/Police Statio | 1121-000 | 797,512.37 | | 820,173.61 |
| 12/15/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 15,027.00 | 805,146.61 |
| 12/23/08 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 710,849.80 | 94,296.81 |
| 12/31/08 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 17.38 | | 94,314.19 |
| 01/05/09 | {4} | DOROTHY BROWN, CLERK OF THE CIRCUIT | Mechanic's Lien Fund/Fire Station | 1121-000 | 45,826.77 | | 140,140.96 |
| 01/30/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 2.17 | | 140,143.13 |
| 02/12/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 67.28 | 140,075.85 |

Subtotals :     $921,844.06     $781,768.21

{} Asset reference(s)

Printed: 10/18/2016 09:23 AM     V.13.28

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 10/18/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********03 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 36,581.52 | 103,494.33 |
| 02/27/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 2.09 | | 103,496.42 |
| 03/31/09 | Int | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.76 | | 103,498.18 |
| 03/31/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 8.22 | 103,489.96 |
| 04/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 103,494.21 |
| 05/15/09 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 25,000.00 | 78,494.21 |
| 05/29/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.81 | | 78,498.02 |
| 06/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,501.25 |
| 07/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,504.58 |
| 08/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,507.91 |
| 09/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,511.14 |
| 10/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,514.47 |
| 11/30/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.23 | | 78,517.70 |
| 12/31/09 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,521.03 |
| 01/29/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 78,524.36 |
| 02/05/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 62.84 | 78,461.52 |
| 02/05/10 | 301 | INTERNATIONAL SURETIES, LTD; Revers | Bond Premium 2/1/10 - 2/1/11 Voided on 02/05/10 | 2300-000 | | 62.84 | 78,398.68 |
| 02/05/10 | 301 | INTERNATIONAL SURETIES, LTD; Revers | Bond Premium 2/1/10 - 2/1/11 Voided: check issued on 02/05/10 | 2300-000 | | -62.84 | 78,461.52 |
| 02/26/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.01 | | 78,464.53 |
| 03/31/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.34 | | 78,467.87 |
| 04/30/10 | Int | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.22 | | 78,471.09 |
| 05/27/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 57,830.68 | 20,640.41 |
| 05/28/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 2.88 | | 20,643.29 |
| 06/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,643.80 |
| 07/22/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 5,977.55 | 14,666.25 |
| 07/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 14,666.72 |
| 08/31/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,667.10 |
| 09/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,667.46 |
| 10/29/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,667.83 |
| 11/02/10 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 4,667.83 |
| 11/30/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,667.96 |
| 12/31/10 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,668.08 |
| 01/31/11 | Int | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,668.20 |
| 02/07/11 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 3.74 | 4,664.46 |
| 02/28/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.50 |

Subtotals :     $53.20     $135,464.55

{} Asset reference(s)

Printed: 10/18/2016 09:23 AM    V.13.28

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 10/18/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********03 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.54 |
| 04/29/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.58 |
| 05/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.62 |
| 06/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.66 |
| 07/29/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.70 |
| 08/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.74 |
| 09/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.78 |
| 10/31/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,664.82 |
| 10/31/11 | | BANK OF AMERICA | Bank Service Charge | 2600-000 | | 5.94 | 4,658.88 |
| 11/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,658.92 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.74 | 4,653.18 |
| 12/30/11 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,653.22 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.74 | 4,647.48 |
| 01/31/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,647.52 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.10 | 4,641.42 |
| 02/06/12 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 4.00 | 4,637.42 |
| 02/29/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,637.46 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.51 | 4,631.95 |
| 03/30/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,631.99 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.70 | 4,626.29 |
| 04/30/12 | Int | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,626.33 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.88 | 4,620.45 |
| 05/21/12 | | Reverses Transfer on 05/21/12 | Bank Funds Transfer | 9999-000 | | -4,620.45 | 9,240.90 |
| 05/21/12 | Int | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,240.92 |
| 05/21/12 | | Transfer to Acct #3756146516 | Bank Funds Transfer | 9999-000 | | 4,620.45 | 4,620.47 |
| 05/21/12 | | Transfer to Acct #3756146516 | Final Posting Transfer | 9999-000 | | 4,620.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 921,897.84 | 921,897.84 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 926,477.68 | |
| | | | **Subtotal** | | **921,897.84** | **-4,579.84** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$921,897.84** | **$-4,579.84** | |

{} Asset reference(s)                                                                                     Printed: 10/18/2016 09:23 AM   V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  
**Taxpayer ID #:** **-***4655  
**Period Ending:** 10/18/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********16 - BofA - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 70.60 | | 70.60 |
| 02/04/08 | 3001 | INTERNATIONAL SURETIES, LTD | Bond 016026455 Premium 02/01/08 - 02/01/09 | 2300-000 | | 70.60 | 0.00 |
| 05/27/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 05/27/08 | 3002 | MUCH SHELIST FREED DENENBERG | Court Order 5/21/07 - Partial Interim Fees | 3210-000 | | 25,000.00 | 0.00 |
| 06/30/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 06/30/08 | 3003 | HARRIS BANK, N.A. | Court Order 6/25/08 | 4210-000 | | 25,000.00 | 0.00 |
| 08/21/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 5,753.53 | | 5,753.53 |
| 08/21/08 | 3004 | ALEXANDER S KNOPFLER, TRUSTEE | Order 8/19/08 Trustee Fees 1st Interim Compensation | 2100-000 | | 5,753.53 | 0.00 |
| 12/15/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 15,027.00 | | 15,027.00 |
| 12/15/08 | 3005 | LYNN DIXON | Court Order 10/14/08 | 3991-000 | | 15,027.00 | 0.00 |
| 12/23/08 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 710,849.80 | | 710,849.80 |
| 12/23/08 | 3006 | HARRIS BANK, N.A. | Court Order 12/23/08 | 4210-000 | | 600,000.00 | 110,849.80 |
| 12/23/08 | 3007 | MUCH SHELIST FREED DENENBERG | Order 5/21/08 | 3210-000 | | 109,893.65 | 956.15 |
| 12/23/08 | 3008 | MUCH SHELIST FREED DENENBERG | Order 5/21/08 | 3120-000 | | 956.15 | 0.00 |
| 02/12/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 67.28 | | 67.28 |
| 02/12/09 | 3009 | INTERNATIONAL SURETIES, LTD | Bond Premium 2/1/09 - 2/1/10 | 2300-000 | | 67.28 | 0.00 |
| 02/26/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 36,581.52 | | 36,581.52 |
| 02/26/09 | 3010 | ALEXANDER S KNOPFLER, TRUSTEE | Order 2/25/09 Trustee Fees 2nd Interim Compensation | 2100-000 | | 36,581.52 | 0.00 |
| 03/31/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 8.22 | | 8.22 |
| 03/31/09 | 3011 | INTERNATIONAL SURETIES, LTD | Addtl Bond Premium 2/1/09 - 2/1/10 Bond #016026455 | 2300-000 | | 8.22 | 0.00 |
| 05/15/09 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 25,000.00 | | 25,000.00 |
| 05/15/09 | 3012 | RIECK AND CROTTY | Order 5/14/09 -Fees Special Counsel | 3210-600 | | 20,000.00 | 5,000.00 |
| 05/15/09 | 3013 | RIECK AND CROTTY, P.C. | Order 5/14/09 - Partial Payment Lien Claim | 4210-000 | | 5,000.00 | 0.00 |
| 02/05/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 62.84 | | 62.84 |
| 02/05/10 | 3014 | INTERNATIONAL SURETIES, LTD | Bond Premium 2/1/10 - 2/1/11 | 2300-000 | | 62.84 | 0.00 |
| 05/27/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 57,830.68 | | 57,830.68 |
| 05/27/10 | 3015 | MUCH SHELIST DENENBERG AMENT | Order 5/26/10/Atty Fees Partial Payment | 3210-000 | | 55,000.00 | 2,830.68 |
| 05/27/10 | 3016 | MUCH SHELIST DENENBERG AMENT | Order 5/26/10/Atty Expenses | 3120-000 | | 2,830.68 | 0.00 |
| 07/22/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 5,977.55 | | 5,977.55 |

Subtotals : $907,229.02 $901,251.47

{} Asset reference(s)

Printed: 10/18/2016 09:23 AM V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 10/18/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********16 - BofA - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/10 | 3017 | ALEXANDER S KNOPFLER, TRUSTEE | Order 7/20/10 Trustee Fees 2nd Interim Compensation | 2100-000 | | 5,977.55 | 0.00 |
| 11/02/10 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 11/02/10 | 3018 | ROZOVICS & WJOJCICKI, PC | Order 10/26/10 - Accountant Fees Partial Payment | 3410-000 | | 10,000.00 | 0.00 |
| 02/07/11 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 3.74 | | 3.74 |
| 02/07/11 | 3019 | INTERNATIONAL SURETIES, LTD. | Bond Premium 02/01/11 - 02/01/12 Bond #016026455 | 2300-000 | | 3.74 | 0.00 |
| 02/06/12 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 4.00 | | 4.00 |
| 02/06/12 | 3020 | INTERNATIONAL SURETIES, LTD. | Bond Premium 2/1/12 - 2/1/13 | 2300-000 | | 4.00 | 0.00 |
| 05/21/12 | | Transfer from Acct #3756146503 | Bank Funds Transfer | 9999-000 | 4,620.45 | | 4,620.45 |
| 05/21/12 | | Transfer from Acct #3756146503 | Transfer In From MMA Account | 9999-000 | 4,620.47 | | 9,240.92 |
| 05/21/12 | 3021 | ROZOVICS & WJOJCICKI, PC | Order 10/26/10 - Accountants Fees $18,456.50 - Fees Order 10/26/10 -10,000.00 - Less: Payment 11/3/10 -4,620 | 3410-000 | | 4,620.47 | 4,620.45 |
| 05/21/12 | | Reverses Transfer on 05/21/12 | Bank Funds Transfer | 9999-000 | | 4,620.45 | 0.00 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.57 | -0.57 |
| 02/10/14 | | Bank of America | Reversal of Bank Service Fee | 2600-000 | | -0.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 926,477.68 | 926,477.68 | $0.00 |
| | | | Less: Bank Transfers | | 926,477.68 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 926,477.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$926,477.68** | |

{} Asset reference(s)

Printed: 10/18/2016 09:23 AM   V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 06-17219  
**Case Name:** UBM, Inc.  

**Taxpayer ID #:** **-***4655  
**Period Ending:** 10/18/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/14 | | Morgan Stanley | Money from ESOP | 1290-000 | 10,932.50 | | 10,932.50 |
| 09/15/14 | | Morgan Stanley | Money from ESOP | 1290-000 | 331.44 | | 11,263.94 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,253.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 11,237.22 |
| 11/25/14 | 10101 | Internal Revenue Service | Payment of taxes on ESOP (wire transfer) Voided on 11/25/14 | 2810-000 | | 11,237.22 | 0.00 |
| 11/25/14 | 10101 | Internal Revenue Service | Payment of taxes on ESOP (wire transfer) Voided: check issued on 11/25/14 | 2810-000 | | -11,237.22 | 11,237.22 |
| 11/26/14 | | Internal Revenue | Payment of taxes on ESOP | 2810-000 | | 11,237.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,263.94 | 11,263.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,263.94 | 11,263.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,263.94** | **$11,263.94** | |

Net Receipts : 933,161.78  
Net Estate : $933,161.78  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********03 | 921,897.84 | -4,579.84 | 0.00 |
| Checking # ********16 | 0.00 | 926,477.68 | 0.00 |
| Checking # ******5566 | 11,263.94 | 11,263.94 | 0.00 |
| | $933,161.78 | $933,161.78 | $0.00 |

{} Asset reference(s)

Printed: 10/18/2016 09:23 AM   V.13.28